Order Filed on
**5/29/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
(201) 845-1000
Attorneys for Charles M. Forman,
Liquidating Trustee of the Barnert Hospital
Liquidating Trust
Kim R. Lynch (KL-5866)

_____

In Re:

NATHAN AND MIRIAM BARNERT MEMORIAL
HOSPITAL ASSOCIATION, d/b/a BARNERT
HOSPITAL,

                Debtor.

Chapter 11

Case No.  07-21631 (DHS)

**ORDER MODIFYING RULE 3007 AND AUTHORIZING TRUSTEE
TO FILE OMNIBUS MOTIONS OBJECTING TO CLAIMS**

      The relief set forth on the following pages numbered two (2) through three (3) be and

hereby is ORDERED.

DATED: **5/29/2009**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

Page 2
Debtor:              Nathan and Miriam Barnert Memorial Hospital Association
Case No.:            07-21631 (DHS)
Caption of Order:    Order Modifying Rule 3007 and Authorizing Trustee to File Omnibus
                     Motions Objecting to Claims

**THIS MATTER,** having been opened to the Court upon the oral application of Charles M.

Forman, the liquidating trustee (the "Liquidating Trustee") of the trust formed under the

confirmed chapter 11 plan of Nathan and Miriam Barnert Memorial Hospital Association, the

confirmed debtor (the "Debtor"), through his counsel, Forman Holt Eliades & Ravin LLC, for

entry of an order modifying Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the

Court having considered the relief requested; and for good cause shown; it is hereby

    **ORDERED** as follows:

    1.      Rule 3007 of the Federal Rules of Bankruptcy Procedure be and hereby is

modified as follows:

        a.      The Trustee be and hereby is authorized to file omnibus motion objecting

    to claims (the "Motion").

        b.      Each motion shall:

        i.      state in a conspicuous place that claimants receiving the objection

    should locate their names and claims in the objection;

        ii.      list claimants alphabetically, provide a cross-reference to claim

    numbers, and if appropriate, list claimants by category of claims;

        iii.      state the grounds of the objection to each claim and provide a

    cross-reference to the pages in the omnibus objection pertinent to the state

    grounds;

        iv.      state in the title the identity of the objector;

*Approved by Judge Donald H. Steckroth May  29, 2009*

Page 3
Debtor:           Nathan and Miriam Barnert Memorial Hospital Association
Case No.:         07-21631 (DHS)
Caption of Order: Order Modifying Rule 3007 and Authorizing Trustee to File Omnibus
                  Motions Objecting to Claims


     v.    be numbered consecutively with other omnibus objections filed by

the objector; and

     vi.   contain objections to no more than fifty (50) claims.

*Approved by Judge Donald H. Steckroth May  29, 2009*