UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
(201) 845-1000
Attorneys for Charles M. Forman
Liquidating Trustee
Kim R. Lynch (KL-5866)

In Re:

NATHAN AND MIRIAM BARNERT MEMORIAL
HOSPITAL ASSOCIATION, d/b/a BARNERT
HOSPITAL,
              Debtor.

Chapter 11
Case No. 07-21631 (DHS)

Hearing Date: July 28, 2009
Hearing Time: 10:00 a.m.

## CERTIFICATION OF SERVICE

I, Melissa Cook, legal assistant with Forman Holt Eliades & Ravin LLC, certify that on June 25, 2009, I caused to be served copies of the documents listed below on all persons and entities as indicated on the annexed service list:

1.    Notice of Liquidating Trustee's First Omnibus Motion for Entry of an Order Disallowing Claims For Failure to Timely Return IRS Form W-9;

2.    Application in Support of Liquidating Trustee's First Omnibus Motion for Entry of an Order Disallowing Claims for Failure to Timely Return IRS Form W-9; and

3.    Proposed form of Order.

                            /s/ Melissa Cook
                            Melissa Cook

M:\CMF\BARNERT HOSP\CLAIMS\1st\1-cos.DOC

## *SERVICE LIST*
**Nathan and Miriam Barnert Memorial Hospital Association d/b/a Barnert Hospital**
**Case No: 07-21631 (DHS)**

**VIA ECF**

| | |
|---|---|
| Joel A. Ackerman | jackerman@zuckergoldberg.com |
| David J. Adler | LLP-DAdler@McCarter.com |
| John M. August | jaugust@herrick.com ; courtnotices@herrick.com |
| D. Alexander Barnes | njbkr@obermayer.com;  angela.baglanzis@obermayer.com |
| Leslie A. Berkoff o | lberkoff@moritthock.com |
| Morton R. Branzburg | mbranzburg@klehr.com; jtaylor@klehr.com; nyackle@klehr.com; irosenau@klehr.com |
| Russell S. Burnside | rburnside@greenbergdauber.com; bankruptcygroup@greenbergdauber.com |
| Jeffrey M. Carbino | jeffrey.carbino@bipc.com;  jeffrey.carbino@bipc.com; donna.curcio@bipc.com |
| Joseph Michael Cerra | jcerra@formanlaw.com; josephmcerra@hotmail.com |
| Jeffrey S. Cianciulli | NJ_Bankruptcy@weirpartners.com |
| Mark B Conlan | mconlan@gibbonslaw.com |
| Mark J. Dorval | mdorval@stradley.com |
| Susan J. Dougherty | susan.dougherty@dol.lps.state.nj.us |
| David Edelberg | dedelberg@njbankruptcy.com |
| Terri Jane Freedman | tjfreedman@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Barry W. Frost | bfrost@teichgroh.com |

| | |
|---|---|
| Edmond M. George | kathleen.sutch@obermayer.com; angela.baglanzis@obermayer.com; michele.coyle@obermayer.com; njbkr@obermayer.com; michael.vagnoni@obermayer.com |
| Glenn Douglas Gillett | glenn.gillett@usdoj.gov |
| Joel R. Glucksman | jglucksman@scarincihollenbeck.com; fkapusinski@scarincihollenbeck.com |
| Michael J. Goettig | mgoettig@vedderprice.com; ecfnydocket@vedderprice.com; agelman@vedderprice.com |
| Bruce Gordon | bgordon@bgordonlaw.com |
| Walter J. Greenhalgh | wjgreenhalgh@duanemorris.com; tjsantorelli@duanemorris.com; dalvarado@duanemorris.com |
| Brian W. Hofmeister | bhofmeister@teichgroh.com |
| Gary S. Jacobson | gjacobson@heroldlaw.com; mellis@heroldlaw.com |
| Barry M. Kazan | Barry.Kazan@ThompsonHine.com |
| Suzanne M. Klar | suzanne.klar@pseg.com; joel.taylor@pseg.com |
| Stephen L. Klein | slklein2@yahoo.com |
| Carol L. Knowlton | cknowlton@teichgroh.com |
| Jonathan Kohn | lawyers@rrkklaw.com; jkohn@rrkklaw.com |
| Anthony J. LaBruna | anthony.labruna@usdoj.gov; lynn.mccarthy@usdoj.gov |
| Kevin J. Larner | klarner@riker.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com; tjsantorelli@duanemorris.com |
| Jonathan E. Levitt | jlevitt@frierlevitt.com; agranado@frierlevitt.com |
| Joseph Lubertazzi | jlubertazzi@mccarter.com |
| Donald F. MacMaster | Donald.F.MacMaster@usdoj.gov |
| Sean James Mack | smack@pashmanstein.com |

| | |
|---|---|
| Mitchell Malzberg | mmalzberg@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Robert M. Marshall | rmarshall@mqlaw.net |
| Warren J. Martin | wjmartin@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Douglas J. McGill | douglas.mcgill@dbr.com; marita.cammarano@dbr.com |
| Elizabeth McGovern | emcgovern@reedsmith.com |
| Lee J. Mendelson | lmendelson@moritthock.com |
| Steven J. Mitnick | smitnick@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Mariah E. Murphy | murphym@ballardspahr.com; direnzop@ballardspahr.com |
| David Neier | dneier@winston.com; dcunsolo@winston.com; cschreiber@winston.com |
| Bryan D. Press | bpd1@verizon.net |
| James S. Richter | jrichter@winston.com |
| Paul Rubin | prubin@herrick.com |
| Robert M. Schechter | rmschechter@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Robert K. Scheinbaum | rscheinbaum@podvey.com |
| Jason Brett Schwartz | jgrossman@grossmanfirm.com |
| Joseph L. Schwartz | jschwartz@riker.com |
| Scott D. Sherman | ssbankruptcy@minionsherman.com |
| Michael D. Sirota | msirota@coleschotz.com |
| Carol A. Slocum | cslocum@klehr.com; lclark@klehr.com |
| Howard N. Sobel | hsobel@sobellaw.com |

| | |
|---|---|
| Carl J. Soranno | csoranno@bracheichler.com; dfamula@bracheichler.com; dklein@bracheichler.com; mgarcia@bracheichler.com |
| Rick Aaron Steinberg | rsteinberg@nakblaw.com |
| John Sywilok | sywilokattorney@sywilok.com |
| Jana L. Taylor | jltaylor@ebglaw.com |
| United States | USTPRegion03.NE.ECF@usdoj.gov |
| Warren A. Usatine | wusatine@coleschotz.com |
| Susan Verbonitz | sverbonitz@weirpartners.com |
| William G. Wright | wwright@capehart.com; jlafferty@capehart.com |
| Jack M. Zackin | jzackin@sillscummis.com |
| Scott Zuber | szuber@daypitney.com |

**VIA FIRST CLASS MAIL**

6J Signage Systems Corp
739 Elmont Road
Elmont, NY 11003

A to Z Cleaning Serv
P.O. Box 1423
Paterson, NJ 07544

A&E Medical Corp
5206 Asbury Road P.O. Box 758
Farmingdale, NJ 07727

AACN
101 Columbia
Aliso Viejo, CA 92656

AAMI-Assoc. for Advancement
1110 North Glebe Road, Suite 220
Arlington, VA 22201

Abdul Mojumder
25 Redwood Avenue, 2nd Floor
Paterson, NJ 07522

Abaline Supply Company
600 Markley Street
Port Reading, NJ 07064

Abas Rezvani, M.D.
220 Hamburg Turnpike, Suite 10
Wayne, NJ 07470

ACU-Data Business Products
1574 Route 23 North
Butler, NJ 07504

Ackaway Floor Covering, Inc.
341 Main Street
Paterson, NJ 07505

ACSA Group Insurance Trust
245 Long Hill Road
Middletown, CT 06457

Aetna U.S. Healtcare
980 Jolly Road P.O. Box 1109
Blue Bell, PA 19422

Adriana M. Ortegon
561 Summer Street, 1st Floor
Paterson, NJ 07501

Adriana Rosaly Faria
254 Union Avenue
Paterson, NJ 07502

Ahima
Attn: Finance Operations Mgr.
233 N. Michigan Avenue, 2nd Floor
Chicago, IL 60601-5800

Advantage Transportation
Attn: Bernice Toledo, Esq.
445 Broadway
Paterson, NJ 07501

Aesculap Inc.
1000 Gateway Blvd.
S. San Francisoc, CA 94080

Albertine Lileta Campbell
723 East 26th Street
Paterson, NJ 07504

AFA-Alzheimer's Foundation
322 Eight Avenue, 6th Floor
New York, NY 10001

Agape Christian Ministries
P.O. Box 6903
Paterson, NJ 07509

Alejandra Torres
337 Ellison Street
Paterson, NJ 07501

Ahmad Nazar Kahf, M.D.
401 Haledon Avenue
Haledon, NJ 07508

Akram Abdellatif
111 Broadway P.O. Box C
Paterson, NJ 07509

Alfonso A. McBean
21 North 3rd Street
Paterson, NJ 07522

Alberto Chavez
374 Chamberlain Avenue
Apt. 2
Paterson, NJ 07502

Alden Leifer, M.D.
210 East 32nd Street
Paterson, NJ 07514

Allcare Nursing Services
P.O. Box 27421
New York, NY 10087

Alexander Cortez
R001406
52 Hudson Avenue
Waldwick, NJ 07463

Alexis Corazon, M.D.
355 Totowa Avenue
Paterson, NJ 07502

Allied Media Services/Allied Outdoor Advertising Inc.
Attn: Marc Joseph, President/CEO
34 Florence Street
South Hackensack, NJ 07606-1503

Alina Paulino
461 Audubon Avenue
New York, NY 10040

All Cities Uniform Co.
992 Madison Avenue #4
Paterson, NJ 07501

Alvin Kohn
68 Zabriske Street
Haledon, NJ 07508

Allergan
P.O. Box 19534
Irvine, CA 92534

Allied Industries Health Fund
155 Changebridge Road
Montville, NJ 07045

Amarjot S Narula MD
65 North Maple Avenue
Ridgewood, NJ 07450

Allied Welfare Fund
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

Alvin E. Russell
115 Elmore Avenue
Englewood, NJ 07631

Amalgamated Insurance Co
730 Broadway 10th Floor
New York, NY 10003

| | | |
|---|---|---|
| Allwood Florist<br>652 Allwood Road<br>Clifton, NJ 07012 | Amanda Fowler<br>559 11th Avenue, 1st Floor<br>Paterson, NJ 07514 | Easter Collins<br>125 Presidential Boulevard, Apt. 6D<br>Paterson, NJ 07522 |
| Dushyant R. Patel, MD<br>12-15 Broadway Suite E<br>Fair Lawn, NJ 07410 | Dynamex, Inc.<br>Attn: Karen Satnarine, Collections Dept.<br>302 5th Avenue, 4th Floor<br>New York, NY 10001 | Edith Rivas<br>8 Van Neste Square, 2nd Floor<br>Ridgewood, NJ 07450 |
| Eastern Benefit Systems Inc<br>70 S. Orange Avenue<br>Livingston, NJ 07039 | Eastern Infrared Inc<br>P.O. Box 153<br>Boonton, NJ 07005 | Ecomm Technologies<br>11 Melanie Lane, Unit 9<br>East Hanover, NJ 07936 |
| Edward A. Nawyn<br>113 North 12th Street<br>Prospect Park, NJ 07508 | Edwin Morillo<br>111 Broadway, P.O. Box C<br>Paterson, NJ 07509 | |