| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ  07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Liquidating Trustee<br>Kim R. Lynch (KL-5866) | |
| In Re:<br><br>NATHAN AND MIRIAM BARNERT MEMORIAL HOSPITAL ASSOCIATION, d/b/a BARNERT HOSPITAL,<br>                    Debtor. | Chapter 11<br>Case No.  07-21631 (DHS)<br><br>Hearing Date:  July 28, 2009<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

I, Melissa Cook, legal assistant with Forman Holt Eliades & Ravin LLC, certify that on June 25, 2009, I caused to be served, copies of the documents listed below on all persons and entities on the annexed service list:

1. Notice of Liquidating Trustee's Second Omnibus Motion for Entry of an Order Disallowing Claims For Failure to Timely Return IRS Form W-9;

2. Application in Support of Liquidating Trustee's Second Omnibus Motion for Entry of an Order Disallowing Claims for Failure to Timely Return IRS Form W-9; and

3. Proposed form of Order.

/s/ Melissa Cook
Melissa Cook

M:\CMF\BARNERT HOSP\CLAIMS\2nd\2-cos.DOC

## *SERVICE LIST*
**Nathan and Miriam Barnert Memorial Hospital Association d/b/a Barnert Hospital**
**Case No: 07-21631 (DHS)**

**VIA ECF**

| | |
|---|---|
| Joel A. Ackerman | jackerman@zuckergoldberg.com |
| David J. Adler | LLP-DAdler@McCarter.com |
| John M. August | jaugust@herrick.com ; courtnotices@herrick.com |
| D. Alexander Barnes | njbkr@obermayer.com; angela.baglanzis@obermayer.com |
| Leslie A. Berkoff o | lberkoff@moritthock.com |
| Morton R. Branzburg | mbranzburg@klehr.com; jtaylor@klehr.com; nyackle@klehr.com; irosenau@klehr.com |
| Russell S. Burnside | rburnside@greenbergdauber.com; bankruptcygroup@greenbergdauber.com |
| Jeffrey M. Carbino | jeffrey.carbino@bipc.com; jeffrey.carbino@bipc.com; donna.curcio@bipc.com |
| Joseph Michael Cerra | jcerra@formanlaw.com; josephmcerra@hotmail.com |
| Jeffrey S. Cianciulli | NJ_Bankruptcy@weirpartners.com |
| Mark B Conlan | mconlan@gibbonslaw.com |
| Mark J. Dorval | mdorval@stradley.com |
| Susan J. Dougherty | susan.dougherty@dol.lps.state.nj.us |
| David Edelberg | dedelberg@njbankruptcy.com |
| Terri Jane Freedman | tjfreedman@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Barry W. Frost | bfrost@teichgroh.com |

| | |
|---|---|
| Edmond M. George | kathleen.sutch@obermayer.com; angela.baglanzis@obermayer.com; michele.coyle@obermayer.com; njbkr@obermayer.com; michael.vagnoni@obermayer.com |
| Glenn Douglas Gillett | glenn.gillett@usdoj.gov |
| Joel R. Glucksman | jglucksman@scarincihollenbeck.com; fkapusinski@scarincihollenbeck.com |
| Michael J. Goettig | mgoettig@vedderprice.com; ecfnydocket@vedderprice.com; agelman@vedderprice.com |
| Bruce Gordon | bgordon@bgordonlaw.com |
| Walter J. Greenhalgh | wjgreenhalgh@duanemorris.com; tjsantorelli@duanemorris.com; dalvarado@duanemorris.com |
| Brian W. Hofmeister | bhofmeister@teichgroh.com |
| Gary S. Jacobson | gjacobson@heroldlaw.com; mellis@heroldlaw.com |
| Barry M. Kazan | Barry.Kazan@ThompsonHine.com |
| Suzanne M. Klar | suzanne.klar@pseg.com; joel.taylor@pseg.com |
| Stephen L. Klein | slklein2@yahoo.com |
| Carol L. Knowlton | cknowlton@teichgroh.com |
| Jonathan Kohn | lawyers@rrkklaw.com; jkohn@rrkklaw.com |
| Anthony J. LaBruna | anthony.labruna@usdoj.gov; lynn.mccarthy@usdoj.gov |
| Kevin J. Larner | klarner@riker.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com; tjsantorelli@duanemorris.com |
| Jonathan E. Levitt | jlevitt@frierlevitt.com; agranado@frierlevitt.com |
| Joseph Lubertazzi | jlubertazzi@mccarter.com |
| Donald F. MacMaster | Donald.F.MacMaster@usdoj.gov |
| Sean James Mack | smack@pashmanstein.com |

| | |
|---|---|
| Mitchell Malzberg | mmalzberg@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Robert M. Marshall | rmarshall@mqlaw.net |
| Warren J. Martin | wjmartin@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Douglas J. McGill | douglas.mcgill@dbr.com; marita.cammarano@dbr.com |
| Elizabeth McGovern | emcgovern@reedsmith.com |
| Lee J. Mendelson | lmendelson@moritthock.com |
| Steven J. Mitnick | smitnick@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Mariah E. Murphy | murphym@ballardspahr.com; direnzop@ballardspahr.com |
| David Neier | dneier@winston.com; dcunsolo@winston.com; cschreiber@winston.com |
| Bryan D. Press | bpd1@verizon.net |
| James S. Richter | jrichter@winston.com |
| Paul Rubin | prubin@herrick.com |
| Robert M. Schechter | rmschechter@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Robert K. Scheinbaum | rscheinbaum@podvey.com |
| Jason Brett Schwartz | jgrossman@grossmanfirm.com |
| Joseph L. Schwartz | jschwartz@riker.com |
| Scott D. Sherman | ssbankruptcy@minionsherman.com |
| Michael D. Sirota | msirota@coleschotz.com |
| Carol A. Slocum | cslocum@klehr.com; lclark@klehr.com |
| Howard N. Sobel | hsobel@sobellaw.com |

| | |
|---|---|
| Carl J. Soranno | csoranno@bracheichler.com; dfamula@bracheichler.com; dklein@bracheichler.com; mgarcia@bracheichler.com |
| Rick Aaron Steinberg | rsteinberg@nakblaw.com |
| John Sywilok | sywilokattorney@sywilok.com |
| Jana L. Taylor | jltaylor@ebglaw.com |
| United States | USTPRegion03.NE.ECF@usdoj.gov |
| Warren A. Usatine | wusatine@coleschotz.com |
| Susan Verbonitz | sverbonitz@weirpartners.com |
| William G. Wright | wwright@capehart.com; jlafferty@capehart.com |
| Jack M. Zackin | jzackin@sillscummis.com |
| Scott Zuber | szuber@daypitney.com |

**VIA FIRST CLASS MAIL**

Amer Academy of Family Physicians
11400 Tomahawk Creek Parkway
Leawood, KS 66211

Americaid
P.O. Box 61659
Virginia Beach, VA 23462

American Arbitration Assoc
950 Warren Avenue
East Providence, RI 02914

American Graphic Systems, Inc.
39-26 Route 4 East
Fair Lawn, NJ 07410

American Osteopathic Association
ATTN: Frank W. Bedford, CPA
Controller
142 East Ontario Street
Chicago, IL 60611

American Pad Ex of New York
800 Cooper Avenue
Glendale, NY 11385

American Preferred
810 Broad Street, 11th Floor
Newark, NJ 07102

Amerisource Bergen Drug Corp
c/o Klehr Harrison Harvey Branzburg &
Ellers Attn: Morton R. Branzburg, Esq.
457 Haddonfield Road, Suite 510
Cherry Hill, NJ 08002

American Sons Locksmith In
618 Berdan Avenue
Wayne, NJ 07470

Amerihealth
P.O. Box 41574
Philadelphia, PA 19101

Ana I. Almaodovar
19 Park Avenue, Apt. 42
Paterson, NJ 07501

Amir Zaman, M.D.
1035 Route 46 East, Suite 202
Clifton, NJ 07013

| | | |
|---|---|---|
| Ana de la Rosa<br>1105 N. Oaks Blvd.<br>N. Brunswick, NJ 08902 | Angel Jimenez<br>111 Broadway P.O. Box C<br>Paterson, NJ 07509 | Ana Mercedes Reveron<br>212 Coolidge Avenue, Apt. 3B<br>Trenton, NJ 08618 |
| Andres Ortega<br>311 Pth Avenue, Apt. 1<br>Paterson, NJ 07514 | Angelica Cabrera<br>555 Madison Avenue<br>Paterson, NJ 08501 | Angela Almonte<br>57 Burgess Place Apt. 2<br>Passaic, NJ 07055 |
| Angela Pizarro<br>17 East 1st Street, 1st Floor<br>Clifton, NJ 07011 | Anthem Health Companies<br>P.O. Box 1326<br>Piscataway, NJ 08855-1326 | Annette Smith<br>36 Graham Avenue<br>Paterson, NJ 07524 |
| Anserve Inc.<br>P.O. Box 25<br>Riverdale, NJ 07457 | Aodme<br>142 East Ontario Street<br>Chicago, IL 60611 | Antonio B. Cruz<br>517 W. 180 Street Apt. 10<br>New York, NY 10033 |
| Antonio Haro<br>156 East 16th Street, 1st Floor<br>Paterson, NJ 07524 | APWU Health Plan<br>799 Cromwell Park Drive<br>Glen Burnie, MD 21061 | API Software, Inc.<br>1550 Innovations Way<br>Hartford, WI 56027 |
| Apple Medical Corp.<br>28 Lord Road, #135<br>Marlborough, MA 01752-4549 | Aramark CTS Inc<br>10510 Twin Lakes Parkway<br>Charlotte, NC 28269 | Aracely Martinez<br>161 Manchester Avenue, Apt. 1<br>Paterson, NJ 07522 |
| Arahely Roldan<br>510 11th Aveneu<br>Paterson, NJ 07514 | Argerie Najera<br>20 Brown Avenue, Apt. 89<br>Prospect Park, NJ 07508 | Archimedes E. Atega<br>553 Second Avenue, Apt. 12<br>Lyndhurst, NJ 07071 |
| Aref Guerra<br>218 Wayne Avenue<br>Paterson, NJ 07522 | Armando Escalona<br>6036 Park Avenue<br>West New York, NJ 07093 | Arizant Healthcare<br>Attn: James P. Losinski, Paralegal<br>10393 West 70th Street<br>Eden Prairie, MN 55344 |
| Arlene Tabamo<br>43 B Boulevard<br>Elmwood Park, NJ 07407 | Arthrocare Ent.<br>680 Vaqueros Avenue<br>Sunnyvale, CA 94085-3523 | Armanti Financial Services, LLC<br>Attn: Ramesh Chopra<br>2 Broad Street, 3rd Floor<br>Bloomfield, NJ 07003 |

| | | |
|---|---|---|
| Arnold Abernathy<br>168 East 30th Street, 1st Floor<br>Paterson, NJ 07514 | Atlantic Elevator Company<br>Attn: Richard J. Conway, President<br>841 Mt. Prospect Avenue<br>Newark, NJ 07104 | Ashoke Agarwal, M.D.<br>715 Broadway<br>Paterson, NJ 07514 |
| Atif Saleem, M.D.<br>202 Overmount Avenue<br>West Paterson, NJ 07424 | Azime Uras<br>124 Main Street<br>Paterson, NJ 07501 | Auto Suture Co<br>150 Glover Avenue<br>Norwalk, CT 06850 |
| Aynur Cengiz<br>65 Warren Street<br>Clifton, NJ 07013 | Warren J. Martin, Jr., Esq.<br>Porzio, Bromberg & Newman<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997 | Azizogli Mohammad-Amer<br>600 Center Street  Apt. 600-2<br>Oradell, NJ 07649 |
| David Edelberg, Esq.<br>Nowell Amoroso Klein<br>Bierman, P.A.<br>155 Polifly Road<br>Hackensack, NJ 07601 | | |