UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652
(201) 845-1000
Attorneys for Charles M. Forman
Liquidating Trustee
Kim R. Lynch (KL-5866)

In Re:

NATHAN AND MIRIAM BARNERT MEMORIAL HOSPITAL ASSOCIATION, d/b/a BARNERT HOSPITAL,

Debtor.

Chapter 11
Case No.  07-21631 (DHS)

Hearing Date: July 28, 2009
Hearing Time: 10:00 a.m.

## CERTIFICATION OF SERVICE

I, Melissa Cook, legal assistant with Forman Holt Eliades & Ravin LLC, certify that on June 26, 2009, I caused to be served copies of the documents listed below on all persons and entities on the annexed service list:

1. Notice of Liquidating Trustee's Third Omnibus Motion for Entry of an Order Disallowing Claims For Failure to Timely Return IRS Form W-9;

2. Application in Support of Liquidating Trustee's Third Omnibus Motion for Entry of an Order Disallowing Claims for Failure to Timely Return IRS Form W-9; and

3. Proposed form of Order.

/s/ Melissa Cook
Melissa Cook

M:\CMF\BARNERT HOSP\CLAIMS\3rd\3-cos.DOC

### *SERVICE LIST*
**Nathan and Miriam Barnert Memorial Hospital Association d/b/a Barnert Hospital**
**Case No: 07-21631 (DHS)**

**VIA ECF**

| | |
|---|---|
| Joel A. Ackerman | jackerman@zuckergoldberg.com |
| David J. Adler | LLP-DAdler@McCarter.com |
| John M. August | jaugust@herrick.com ; courtnotices@herrick.com |
| D. Alexander Barnes | njbkr@obermayer.com; angela.baglanzis@obermayer.com |
| Leslie A. Berkoff o | lberkoff@moritthock.com |
| Morton R. Branzburg | mbranzburg@klehr.com; jtaylor@klehr.com; nyackle@klehr.com; irosenau@klehr.com |
| Russell S. Burnside | rburnside@greenbergdauber.com; bankruptcygroup@greenbergdauber.com |
| Jeffrey M. Carbino | jeffrey.carbino@bipc.com; jeffrey.carbino@bipc.com; donna.curcio@bipc.com |
| Joseph Michael Cerra | jcerra@formanlaw.com; josephmcerra@hotmail.com |
| Jeffrey S. Cianciulli | NJ_Bankruptcy@weirpartners.com |
| Mark B Conlan | mconlan@gibbonslaw.com |
| Mark J. Dorval | mdorval@stradley.com |
| Susan J. Dougherty | susan.dougherty@dol.lps.state.nj.us |
| David Edelberg | dedelberg@njbankruptcy.com |
| Terri Jane Freedman | tjfreedman@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Barry W. Frost | bfrost@teichgroh.com |

| | |
|---|---|
| Edmond M. George | kathleen.sutch@obermayer.com; angela.baglanzis@obermayer.com; michele.coyle@obermayer.com; njbkr@obermayer.com; michael.vagnoni@obermayer.com |
| Glenn Douglas Gillett | glenn.gillett@usdoj.gov |
| Joel R. Glucksman | jglucksman@scarincihollenbeck.com; fkapusinski@scarincihollenbeck.com |
| Michael J. Goettig | mgoettig@vedderprice.com; ecfnydocket@vedderprice.com; agelman@vedderprice.com |
| Bruce Gordon | bgordon@bgordonlaw.com |
| Walter J. Greenhalgh | wjgreenhalgh@duanemorris.com; tjsantorelli@duanemorris.com; dalvarado@duanemorris.com |
| Brian W. Hofmeister | bhofmeister@teichgroh.com |
| Gary S. Jacobson | gjacobson@heroldlaw.com; mellis@heroldlaw.com |
| Barry M. Kazan | Barry.Kazan@ThompsonHine.com |
| Suzanne M. Klar | suzanne.klar@pseg.com; joel.taylor@pseg.com |
| Stephen L. Klein | slklein2@yahoo.com |
| Carol L. Knowlton | cknowlton@teichgroh.com |
| Jonathan Kohn | lawyers@rrkklaw.com; jkohn@rrkklaw.com |
| Anthony J. LaBruna | anthony.labruna@usdoj.gov; lynn.mccarthy@usdoj.gov |
| Kevin J. Larner | klarner@riker.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com; tjsantorelli@duanemorris.com |
| Jonathan E. Levitt | jlevitt@frierlevitt.com; agranado@frierlevitt.com |
| Joseph Lubertazzi | jlubertazzi@mccarter.com |
| Donald F. MacMaster | Donald.F.MacMaster@usdoj.gov |
| Sean James Mack | smack@pashmanstein.com |

| | |
|---|---|
| Mitchell Malzberg | mmalzberg@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Robert M. Marshall | rmarshall@mqlaw.net |
| Warren J. Martin | wjmartin@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Douglas J. McGill | douglas.mcgill@dbr.com; marita.cammarano@dbr.com |
| Elizabeth McGovern | emcgovern@reedsmith.com |
| Lee J. Mendelson | lmendelson@moritthock.com |
| Steven J. Mitnick | smitnick@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Mariah E. Murphy | murphym@ballardspahr.com; direnzop@ballardspahr.com |
| David Neier | dneier@winston.com; dcunsolo@winston.com; cschreiber@winston.com |
| Bryan D. Press | bpd1@verizon.net |
| James S. Richter | jrichter@winston.com |
| Paul Rubin | prubin@herrick.com |
| Robert M. Schechter | rmschechter@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Robert K. Scheinbaum | rscheinbaum@podvey.com |
| Jason Brett Schwartz | jgrossman@grossmanfirm.com |
| Joseph L. Schwartz | jschwartz@riker.com |
| Scott D. Sherman | ssbankruptcy@minionsherman.com |
| Michael D. Sirota | msirota@coleschotz.com |
| Carol A. Slocum | cslocum@klehr.com; lclark@klehr.com |
| Howard N. Sobel | hsobel@sobellaw.com |

| | |
|---|---|
| Carl J. Soranno | csoranno@bracheichler.com; dfamula@bracheichler.com; dklein@bracheichler.com; mgarcia@bracheichler.com |
| Rick Aaron Steinberg | rsteinberg@nakblaw.com |
| John Sywilok | sywilokattorney@sywilok.com |
| Jana L. Taylor | jltaylor@ebglaw.com |
| United States | USTPRegion03.NE.ECF@usdoj.gov |
| Warren A. Usatine | wusatine@coleschotz.com |
| Susan Verbonitz | sverbonitz@weirpartners.com |
| William G. Wright | wwright@capehart.com; jlafferty@capehart.com |
| Jack M. Zackin | jzackin@sillscummis.com |
| Scott Zuber | szuber@daypitney.com |

**VIA FIRST CLASS MAIL**

Back Thru The Future Computers
150 Main Street
Odgdensburg, NJ 07439

Barbara Arismendys
322 Grand Street
Paterson, NJ 07501

Barbara Davis
P.O. Box 1204
Paterson, NJ 07509

Bard Access Systems
605 N. 3600
Salt Lake City, UT 84116

Bard Medical/Urological Di
8195 Industrial Boulevard
Covington, GA 30209

Barnert Anesthesia Assoc. LLC
7167 Amboy Raod
Staten Island, NY 10307-1407

Barnert Hospital Foundation
680 Broadway
Paterson, NJ 07514-1422

Barnert Hospital Petty Cash
680 Broadway
Paterson, NJ 07514

Barnert's Atrium Café
680 Broadway
Paterson, NJ 07514

Basch Subscriptions Inc
88 North Main Street
Concord, NH 03301

Basilio De Jesus
17 Church Street
Paterson, NJ 07501

Bassam Hajjar
401 Haledon Avenue
Haledon, NJ 07508

Beiersdorf-Jobst, Inc.
c/o BSN Medical Inc
5825 Carnegie Boulevard
Charlotte, NC 28209

Benefit Management Systems
1212 Highway 51 N
Madison, MS 39110

Benjamine Holloway
599 Broadway, Apt. 9H
Paterson, NJ 07514

Bergen Brunswig
20 Hook Mountain Road
Pinebrook, NJ 07058

Bergen City Carpenters Hall
36 Bergen Street
Hackensack, NJ 07601

Berkeley Association Services
500 N Broadway, Suite 200
Jericho, NY 11753-8964

Bertha Chavez
309 Park Aveneu
Paterson, NJ 07051

Beverly Yapp
634 East 23rd Street, Apt. 2
Paterson, NJ 07514

BFI
c/o Andrew B. Lane, Esq
120 Eagle Rock Avenue, Suite 100
East Hanover, NJ 07936

Bibi Singh
516 24th Street
Paterson, NJ 07514

Biomerieux Vitek Inc.
Attn: Credit Manager
100 Rodolphe Street
Durham, NC 27712

Blanca Guarin
5050 Pennway Street
Philadelphia, PA 19124

Blasina, Nieves
216 Union Avenue Apt. 2
Clifton, N J07011

Blue Cross of NJ
P.O. Box 269, Department C
Newark. NJ 07101

Bollinger
101 JFK Parkway
Short Hills, NJ 07078-5000

Bondlogistix LLC
File 72887
P.O. Box 61000
San Francisco, CA 94161

Bonilla, Monica
266 North 8th Street Apt. 2
Prospect Park, NJ 07508

Boonsom Watanapanee
429 52nd Street, Apt. 37 B
New York, NY 10022

Boris Pitel
537 Banta Street
Ridgewood, NJ 07450

Borough of Fair Lawn
8-01 FairLawn Avenue
P.O. Box 376
Fairlawn, NJ 07410

Boulevard East Flowers & Gifts
180 East 33rd Street
Paterson, NJ 07505

Boys and Girls Club of Paterson
264-21st Avenue
Paterson, NJ 07501

Brian Decando
111 Broadway, P.O. Box C
Paterson, NJ 07509

Brar Eye Associates
3 Neil Court
Towaco, NJ 07082

Brasseler USA Medical LLC
Attn: Pamela D. Yarley, Sr. Credit Rep
One Brasseler Blvd.
Savannah, GA 31419

Braun Medical Inc., B
824 Twelfth Avenue
Bethlehem, PA 18018

Brenda Rubio
133 Eagle Drive
Emerson, NJ 07630

Case 07-21631-DHS    Doc 1219    Filed 07/15/09    Entered 07/15/09 13:33:23    Desc Main
Document      Page 7 of 7

Brian Gilligan
111 Broadway, P.O. Box C
Paterson, NJ 07509

Briggs Corporation
7300 W Pound Parkway
West Des Moines, IA 50266

Brigida Fermin
39 Grove Street, 1st Floor
Paterson, NJ 07514

Bruce Banford PH D
31 Tanner Street
Haddonfield, NJ 08033

Buddies of New Jersey, Inc.
149 Hudson Street
Hackensack, NJ 07601

Bureau of National Affairs
1801
Baltimore, MD 21264

C&R Publications
750 Washington Avenue Suite 7
Revere, A 02151

C.R. Bard, Inc.
Attn: Greg A. Dadika, Asst General Counsel
730 Central Avenue
Murray Hill, NJ 07674

Caligor Medical & Office Supplies
14 Pelham Parkway
Pelham, NY 10803

Candor Construction Group, Inc.
Attn: David K. Marx, Jr.
241 Molnar Drive
Elmwood Park, NJ 07407