| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ  07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Liquidating Trustee<br>Kim R. Lynch (KL-5866) | |
| In Re:<br><br>NATHAN AND MIRIAM BARNERT MEMORIAL HOSPITAL ASSOCIATION, d/b/a BARNERT HOSPITAL,<br>         Debtor. | Chapter 11<br>Case No.  07-21631 (DHS)<br><br>Hearing Date:  July 28, 2009<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

  I, Melissa Cook, legal assistant with Forman Holt Eliades & Ravin LLC, certify that on June 26, 2009, I caused to be served copies of the documents listed below on all persons and entities on the annexed service list:

  1. Notice of Liquidating Trustee's Fourth Omnibus Motion for Entry of an Order Disallowing Claims For Failure to Timely Return IRS Form W-9;

  2. Application in Support of Liquidating Trustee's Fourth Omnibus Motion for Entry of an Order Disallowing Claims for Failure to Timely Return IRS Form W-9; and

  3. Proposed form of Order.

                 /s/ Melissa Cook
                 Melissa Cook

M:\CMF\BARNERT HOSP\CLAIMS\4th\4-cos.DOC

### *SERVICE LIST*
**Nathan and Miriam Barnert Memorial Hospital Association d/b/a Barnert Hospital**
**Case No: 07-21631 (DHS)**

**VIA ECF**

| | |
|---|---|
| Joel A. Ackerman | jackerman@zuckergoldberg.com |
| David J. Adler | LLP-DAdler@McCarter.com |
| John M. August | jaugust@herrick.com ; courtnotices@herrick.com |
| D. Alexander Barnes | njbkr@obermayer.com;  angela.baglanzis@obermayer.com |
| Leslie A. Berkoff o | lberkoff@moritthock.com |
| Morton R. Branzburg | mbranzburg@klehr.com; jtaylor@klehr.com; nyackle@klehr.com; irosenau@klehr.com |
| Russell S. Burnside | rburnside@greenbergdauber.com; bankruptcygroup@greenbergdauber.com |
| Jeffrey M. Carbino | jeffrey.carbino@bipc.com;  jeffrey.carbino@bipc.com; donna.curcio@bipc.com |
| Joseph Michael Cerra | jcerra@formanlaw.com; josephmcerra@hotmail.com |
| Jeffrey S. Cianciulli | NJ_Bankruptcy@weirpartners.com |
| Mark B Conlan | mconlan@gibbonslaw.com |
| Mark J. Dorval | mdorval@stradley.com |
| Susan J. Dougherty | susan.dougherty@dol.lps.state.nj.us |
| David Edelberg | dedelberg@njbankruptcy.com |
| Terri Jane Freedman | tjfreedman@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Barry W. Frost | bfrost@teichgroh.com |

| | |
|---|---|
| Edmond M. George | kathleen.sutch@obermayer.com; angela.baglanzis@obermayer.com; michele.coyle@obermayer.com; njbkr@obermayer.com; michael.vagnoni@obermayer.com |
| Glenn Douglas Gillett | glenn.gillett@usdoj.gov |
| Joel R. Glucksman | jglucksman@scarincihollenbeck.com; fkapusinski@scarincihollenbeck.com |
| Michael J. Goettig | mgoettig@vedderprice.com; ecfnydocket@vedderprice.com; agelman@vedderprice.com |
| Bruce Gordon | bgordon@bgordonlaw.com |
| Walter J. Greenhalgh | wjgreenhalgh@duanemorris.com; tjsantorelli@duanemorris.com; dalvarado@duanemorris.com |
| Brian W. Hofmeister | bhofmeister@teichgroh.com |
| Gary S. Jacobson | gjacobson@heroldlaw.com; mellis@heroldlaw.com |
| Barry M. Kazan | Barry.Kazan@ThompsonHine.com |
| Suzanne M. Klar | suzanne.klar@pseg.com; joel.taylor@pseg.com |
| Stephen L. Klein | slklein2@yahoo.com |
| Carol L. Knowlton | cknowlton@teichgroh.com |
| Jonathan Kohn | lawyers@rrkklaw.com; jkohn@rrkklaw.com |
| Anthony J. LaBruna | anthony.labruna@usdoj.gov; lynn.mccarthy@usdoj.gov |
| Kevin J. Larner | klarner@riker.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com; tjsantorelli@duanemorris.com |
| Jonathan E. Levitt | jlevitt@frierlevitt.com; agranado@frierlevitt.com |
| Joseph Lubertazzi | jlubertazzi@mccarter.com |
| Donald F. MacMaster | Donald.F.MacMaster@usdoj.gov |
| Sean James Mack | smack@pashmanstein.com |

| | |
|---|---|
| Mitchell Malzberg | mmalzberg@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Robert M. Marshall | rmarshall@mqlaw.net |
| Warren J. Martin | wjmartin@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Douglas J. McGill | douglas.mcgill@dbr.com; marita.cammarano@dbr.com |
| Elizabeth McGovern | emcgovern@reedsmith.com |
| Lee J. Mendelson | lmendelson@moritthock.com |
| Steven J. Mitnick | smitnick@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Mariah E. Murphy | murphym@ballardspahr.com; direnzop@ballardspahr.com |
| David Neier | dneier@winston.com; dcunsolo@winston.com; cschreiber@winston.com |
| Bryan D. Press | bpd1@verizon.net |
| James S. Richter | jrichter@winston.com |
| Paul Rubin | prubin@herrick.com |
| Robert M. Schechter | rmschechter@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Robert K. Scheinbaum | rscheinbaum@podvey.com |
| Jason Brett Schwartz | jgrossman@grossmanfirm.com |
| Joseph L. Schwartz | jschwartz@riker.com |
| Scott D. Sherman | ssbankruptcy@minionsherman.com |
| Michael D. Sirota | msirota@coleschotz.com |
| Carol A. Slocum | cslocum@klehr.com; lclark@klehr.com |
| Howard N. Sobel | hsobel@sobellaw.com |

| | |
|---|---|
| Carl J. Soranno | csoranno@bracheichler.com; dfamula@bracheichler.com; dklein@bracheichler.com; mgarcia@bracheichler.com |
| Rick Aaron Steinberg | rsteinberg@nakblaw.com |
| John Sywilok | sywilokattorney@sywilok.com |
| Jana L. Taylor | jltaylor@ebglaw.com |
| United States | USTPRegion03.NE.ECF@usdoj.gov |
| Warren A. Usatine | wusatine@coleschotz.com |
| Susan Verbonitz | sverbonitz@weirpartners.com |
| William G. Wright | wwright@capehart.com; jlafferty@capehart.com |
| Jack M. Zackin | jzackin@sillscummis.com |
| Scott Zuber | szuber@daypitney.com |

**VIA FIRST CLASS MAIL**

Capital District Health Plan
301 S. Allen Street
Albany, NY 12208

Carella Byrne Bain Gilifillan, ETAL.
Attn: Jeffrey A. Cooper, Esq.
5 Becker Farm Raod
Roseland, NJ 07068

Carl McDowell
111 Broadway, P.O. Box C
Paterson, NJ 07509

Carla K. Goldsmith
539 Oldwoods Road
Wyckoff, NJ 07481

Carlos Tello
599 Broadway
Paterson, NJ 07514

Carmelina De Leon
73 Chestnut Street, 1st Floor
Paterson, NJ 07501

Carmen A. Pettito
33 Rockland Street
Paterson, NJ 07501

Carmen Beauchamp
633 Main Street, Apt. 1
Paterson, NJ 07503

Carmen Cotty
169 East 32nd Street, Apt. 7
Paterson, NJ 07514

Carmen Pena Polanco
148 Burhans Ave. Apt. #1
Paterson, NJ 07522

Carol Ann Oliver
125 President Blvd. Apt. 13A
Paterson, NJ 07522

Carol L. Smith
P.O. Box 2339
Little Falls, NJ 07424-7339

Carol Uckar
11 Hillwood Avenue
Edison, NJ 08820

Carrier Corp
14-30 Madison Road
Fairfield, NJ 07004

Carstens, Inc
Attn: Carol L. Fleffe, Credit and Collection Mgr
7310 W, Wilson Avenue
Harwood Heights, IL 60706

Casci-Bell Atlantic Unit
200 Kanawha Blvd.
Charleston, WV 25337

Cathy Richardson
24B Lewis Street, Rear
Paterson, NJ 07501

Celentano Stadtmauer & Wal
1035 Route 46 East, P.O. Box 2594
Clifton, NJ 07015

Celina Montas
151 Pacific Street, Apt. 3
Paterson, NJ 07503

Celtic Life/Health Plan
P.O. Box 30075
Tampa, FL 33630

Cesar Melendez
352 E 39th Street
Paterson, NJ 07504

Champva Center
P.O. Box 65023
Denver, CO 80206

Charles Fowler
100 7th Avenue, Unit E
Paterson, NJ 07524

Charles M. Golden
Edmond M. George, Esq.
Obermayer, Rebmann Maxwell & Hippel
1617 JFK Boulevard, Ste 1900
Philadelphia, PA 19103

Chartone Inc
P.O. Box 152473
Irving, TX 75015-2473

Chase Manhattan Bank
6040 Tarbell Road
Syracuse, NY 13206

Chesterfield Resources, Inc
P.O. Box 1884
Akron, OH 44309

Chiung Lee
518 Piermont Avenue, 1st Floor
Hillsdale, NJ 07642

Chris Pedota
43 Cowperthwaite Road
Bedminister, NJ 07921-2902

Chrisopher Isaacs
560 East 26th Street
Paterson, NJ 07514

Christina Blanco
38 Valley Road
Clifton, NJ 07013

Christina Crespo
12B South Central Avenue, Apt. 2
Ramsey, NJ 07446

Christopher Jordan
390 W. Ivy Ln. Unit W
Englewood, NJ 07631

Chunjie Dai
1203 Keller Avenue
Mamaroneck, NY 10543

Cielo Cadavid
363 Michigan Ave, 2nd Floor
Paterson, NJ 07503

CIGNA
P.O. Box 15553
Wilmington, DE 19850

Cigna Healthcare
P.O. Box 800
Unionville, CT 06085

Cintas Uniform Company
546 Green Lane
Union, NJ 07083

CIT Technology Financing Services, Inc.
Attn:  Linda Mlodzianowski, Bankr. Spec.
800 E. Sonterra Blvd. Suite 240
San Antonio, TX 78258

Citicorp Vendor Finance Inc
P.O. Box 7247-0118
Philadelphia, PA 19170-0118

City Contracting
P.O. Box 416
Fair Lawn, NJ 07410

Clara Clay
340 Hamilton Avenue
Paterson, NJ 07501

Clarence M. Joyner
174 Lawrence Pl. Apt. #2
Paterson, NJ 07501

Claribel Camacho
61 Mountain Street 1st Floor
Willimantic, CT 06226

Classic Sanitation Co Inc
125 Maint Avenue
Elmwood Park, NJ 07407

Claudia Reid
391 East 29th Street, Bsmt
Paterson, NJ 07514

Claudia Rivera Olave
200 Overmount Avenue, Apt. C
West Paterson, NJ 07503

Cielo Lopez
15-87 Route 23, Apt. 6
Butler, NJ 07405