| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Liquidating Trustee<br>Kim R. Lynch (KL-5866) | |
| In Re:<br><br>NATHAN AND MIRIAM BARNERT MEMORIAL HOSPITAL ASSOCIATION, d/b/a BARNERT HOSPITAL,<br>                    Debtor. | Chapter 11<br>Case No.  07-21631 (DHS)<br><br>Hearing Date: July 28, 2009<br>Hearing Time: 10:00 a.m. |

## **CERTIFICATION OF SERVICE**

I, Melissa Cook, legal assistant with Forman Holt Eliades & Ravin LLC, certify that on June 26, 2009, I caused to be served copies of the documents listed below on all persons and entities on the annexed service list:

1. Notice of Liquidating Trustee's Fifth Omnibus Motion for Entry of an Order Disallowing Claims For Failure to Timely Return IRS Form W-9;

2. Application in Support of Liquidating Trustee's Fifth Omnibus Motion for Entry of an Order Disallowing Claims for Failure to Timely Return IRS Form W-9; and

3. Proposed form of Order.

/s/ Melissa Cook
Melissa Cook

M:\CMF\BARNERT HOSP\CLAIMS\5th\5-cos.DOC

### *SERVICE LIST*
**Nathan and Miriam Barnert Memorial Hospital Association d/b/a Barnert Hospital**
**Case No: 07-21631 (DHS)**

**VIA ECF**

| | |
|---|---|
| Joel A. Ackerman | jackerman@zuckergoldberg.com |
| David J. Adler | LLP-DAdler@McCarter.com |
| John M. August | jaugust@herrick.com ; courtnotices@herrick.com |
| D. Alexander Barnes | njbkr@obermayer.com;  angela.baglanzis@obermayer.com |
| Leslie A. Berkoff o | lberkoff@moritthock.com |
| Morton R. Branzburg | mbranzburg@klehr.com; jtaylor@klehr.com; nyackle@klehr.com; irosenau@klehr.com |
| Russell S. Burnside | rburnside@greenbergdauber.com; bankruptcygroup@greenbergdauber.com |
| Jeffrey M. Carbino | jeffrey.carbino@bipc.com;  jeffrey.carbino@bipc.com; donna.curcio@bipc.com |
| Joseph Michael Cerra | jcerra@formanlaw.com; josephmcerra@hotmail.com |
| Jeffrey S. Cianciulli | NJ_Bankruptcy@weirpartners.com |
| Mark B Conlan | mconlan@gibbonslaw.com |
| Mark J. Dorval | mdorval@stradley.com |
| Susan J. Dougherty | susan.dougherty@dol.lps.state.nj.us |
| David Edelberg | dedelberg@njbankruptcy.com |
| Terri Jane Freedman | tjfreedman@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Barry W. Frost | bfrost@teichgroh.com |

| | |
|---|---|
| Edmond M. George | kathleen.sutch@obermayer.com; angela.baglanzis@obermayer.com; michele.coyle@obermayer.com; njbkr@obermayer.com; michael.vagnoni@obermayer.com |
| Glenn Douglas Gillett | glenn.gillett@usdoj.gov |
| Joel R. Glucksman | jglucksman@scarincihollenbeck.com; fkapusinski@scarincihollenbeck.com |
| Michael J. Goettig | mgoettig@vedderprice.com; ecfnydocket@vedderprice.com; agelman@vedderprice.com |
| Bruce Gordon | bgordon@bgordonlaw.com |
| Walter J. Greenhalgh | wjgreenhalgh@duanemorris.com; tjsantorelli@duanemorris.com; dalvarado@duanemorris.com |
| Brian W. Hofmeister | bhofmeister@teichgroh.com |
| Gary S. Jacobson | gjacobson@heroldlaw.com; mellis@heroldlaw.com |
| Barry M. Kazan | Barry.Kazan@ThompsonHine.com |
| Suzanne M. Klar | suzanne.klar@pseg.com; joel.taylor@pseg.com |
| Stephen L. Klein | slklein2@yahoo.com |
| Carol L. Knowlton | cknowlton@teichgroh.com |
| Jonathan Kohn | lawyers@rrkklaw.com; jkohn@rrkklaw.com |
| Anthony J. LaBruna | anthony.labruna@usdoj.gov; lynn.mccarthy@usdoj.gov |
| Kevin J. Larner | klarner@riker.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com; tjsantorelli@duanemorris.com |
| Jonathan E. Levitt | jlevitt@frierlevitt.com; agranado@frierlevitt.com |
| Joseph Lubertazzi | jlubertazzi@mccarter.com |
| Donald F. MacMaster | Donald.F.MacMaster@usdoj.gov |
| Sean James Mack | smack@pashmanstein.com |

| | |
|---|---|
| Mitchell Malzberg | mmalzberg@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Robert M. Marshall | rmarshall@mqlaw.net |
| Warren J. Martin | wjmartin@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Douglas J. McGill | douglas.mcgill@dbr.com; marita.cammarano@dbr.com |
| Elizabeth McGovern | emcgovern@reedsmith.com |
| Lee J. Mendelson | lmendelson@moritthock.com |
| Steven J. Mitnick | smitnick@mmpclawfirm.com; dawn@mmpclawfirm.com |
| Mariah E. Murphy | murphym@ballardspahr.com; direnzop@ballardspahr.com |
| David Neier | dneier@winston.com; dcunsolo@winston.com; cschreiber@winston.com |
| Bryan D. Press | bpd1@verizon.net |
| James S. Richter | jrichter@winston.com |
| Paul Rubin | prubin@herrick.com |
| Robert M. Schechter | rmschechter@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com |
| Robert K. Scheinbaum | rscheinbaum@podvey.com |
| Jason Brett Schwartz | jgrossman@grossmanfirm.com |
| Joseph L. Schwartz | jschwartz@riker.com |
| Scott D. Sherman | ssbankruptcy@minionsherman.com |
| Michael D. Sirota | msirota@coleschotz.com |
| Carol A. Slocum | cslocum@klehr.com; lclark@klehr.com |
| Howard N. Sobel | hsobel@sobellaw.com |

| | |
|---|---|
| Carl J. Soranno | csoranno@bracheichler.com; dfamula@bracheichler.com; dklein@bracheichler.com; mgarcia@bracheichler.com |
| Rick Aaron Steinberg | rsteinberg@nakblaw.com |
| John Sywilok | sywilokattorney@sywilok.com |
| Jana L. Taylor | jltaylor@ebglaw.com |
| United States | USTPRegion03.NE.ECF@usdoj.gov |
| Warren A. Usatine | wusatine@coleschotz.com |
| Susan Verbonitz | sverbonitz@weirpartners.com |
| William G. Wright | wwright@capehart.com; jlafferty@capehart.com |
| Jack M. Zackin | jzackin@sillscummis.com |
| Scott Zuber | szuber@daypitney.com |

**VIA FIRST CLASS MAIL**

Claudio Dicovski
1308 Abbott Boulevard
Fort Lee, NJ 07024

Cludeni Sanders
570 11th Avenue
Paterson, NJ 07514

CMI Inc
316 East 9th Street
Owensboro, KY 42303

Cohen, Berger, Greenblum Associates
c/o Podvey Sachs Meanor & Catenacci
Attn: Robert Scheinbaum, Esq
One Riverfront Plaza, 8th Floor
Newark, NJ 07102

Combustion Service Corp.
Attn: Donnell K. Sanders, President
429 Rockaway Valley Rd. Box 1
Boonton, NJ 07005

Connecticut Gen Life Ins C
P.O. Box 2006
Farmington, CT 06034

Connecticut General Insurance
P.O. Box 800
Unionville, CT 06085

Consuelo Pena Velasquez
62 Boulevard
Elmwood Park, NJ 07407

Consuelo Puerta
770 Anderson Ave. Apt. 4H
Cliffside Park, NJ 07010

Continental Assurance Comp
100 Center View Drive
Nashville, TN 37214

Cooper Surgical Inc.
95 Corporate Drive
Trumbull, CT 06611

Corporate Benefits Service
145 Scaleybark Road
Charlotte, NJ 28209

| | | |
|---|---|---|
| Corporate Environments<br>174 Morristown Road<br>Basking Ridge, NJ 07920 | Corporate Health Administrator<br>2 Maquis Plaza, 5313 CampB<br>Ellls Run Road, Suite 300<br>Pittsburgh, PA 15202 | County of Essex-C/O<br>465 Dr. Martin Luther King, Jr. Boulevard<br>Newark, NJ 07102 |
| County Wide Anesthesia Group<br>P.O. Box 4435<br>Clifton, NJ 07012 | Covidien (US Surgical)<br>Attn: Dough Smith, Sr. Director Credit<br>150 Glover Avenue<br>Norwalk, CT 06856 | Crate Furniture<br>Attn: Mark McCracken<br>6300 Woolridge Road<br>Moseley, VA 23120-1207 |
| Crawford & Company<br>100 Passaic Avenue<br>Fairfield, NJ 07004 | Cris Sperman<br>93 Branchville Road<br>Valley Cottage, NY 10989 | Cristina Nieves<br>189 Slater Street, 2nd Floor<br>Paterson, NJ 07501 |
| | CXTEC<br>5404 South Bay Road<br>Syracuse, NY 13212 | |
| Dani Acosta<br>442 15th Avenue, 1st Floor<br>Paterson, NJ 01504 | Dania Perez<br>98 East 17th Street<br>Paterson, NJ 07501 | Darlene Rivera<br>60 Park View Avenue, KSC<br>Elmwood Park, NJ 07407 |
| Data-Com Telecommunications Inc.<br>Attn: Alan Robbins, Collection Manager<br>354 Route 206 South<br>Flanders, NJ 07836 | Datex Ohmeda<br>1201 Peachtree Street NE<br>Atlanta, GA 30361 | David Rivera<br>60 North 7th Street, Apt. 3<br>Paterson, NJ 07522 |
| Dell Marketing LP<br>P.O. Box 643561<br>Pittsburgh, PA 15264-3561 | Deloris Turner<br>6515 Timbercreek Drive Apt. 259<br>Arlington, TX 76017 | Denver Biomedical Inc<br>1430 Waukegan Road<br>Waukegan, IL 60085-6726 |
| Denys M Delgado<br>234 Clifton Aveneu, 2nd Floor<br>Clifton, NJ 07011 | Desmond Maven<br>111 East 38th Street, 1 Family<br>Paterson, NJ 07514 | Dev Gasoline Inc.<br>498 Lakeview Avenue<br>Clifton, NJ 07011 |
| Diana Blanco-Ferro<br>15 Remington Road<br>Fair Lawn, NJ 07410 | Diane Lugo<br>305 18th Ave<br>Paterson, NJ 07504 | Dionisio A. Robles<br>1380 University Avenue, Apt. #15B<br>Bronx, NY 10452 |

| | | |
|---|---|---|
| Dionisio R. Izquierdo<br>561 McKinley Street 2nd Floor<br>Passaic, NJ 07055 | Disability Times, Inc.<br>1100 University Avenue Suite 112<br>Rochester, NY 14607-1649 | Dominga Sanchez<br>57 Renaissence Drive, 2nd Floor<br>Clifton, NJ 07013 |
| Don Rubel<br>7 Dorchester Drive<br>Ewing, NJ 08638 | Donna, McAllister<br>781 E. 24th Street<br>Paterson, NJ 07504 | Doris E. Samuels<br>P.O. Box 1963<br>Paterson, NJ 07509 |
| Dorothea Lew Chu<br>52 Godwin Street, Apt. 9L<br>Paterson, NJ 07501 | Drinker Biddle & Reath LLP<br>Attn: Robert K. Malone, Esq.<br>500 Campus Drive<br>Florham Park, NJ 07932 | |